AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Oklahoma

*~~FILED~~*

*~~JAN 22 2022~~*
*~~Mark C. McCartt, Clerk~~*
*~~U.S. DISTRICT COURT~~*

| | |
|---|---|
| United States of America<br>v.<br><br><br>_____Lucas Anthony Walker_____<br>*Defendant(s)* | )<br>)<br>)  Case No.  23-mj-44-CDL<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 19-20, 2022_____ in the county of _____Washington_____ in the

Northern District of Oklahoma, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1151, 1153, and 1111 | First Degree Murder in Indian Country |
| 18 U.S.C. § 924(c)(1)(A)(iii) | Discharging a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI Special Agent Thomas S. Huse

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____Thomas S. Huse, FBI Special Agent_____
*Printed name and title*

Sworn to before me by phone.

Date:  _____01/22/2023_____

_____
*Judge's signature*

City and state:  _____Tulsa, OK_____

_____Hon. Christine D. Little, U.S.M.J._____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT
## IN THE NORTHERN DISTRICT OF OKLAHOMA

I, Thomas S. Huse, being first duly sworn under oath, do hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1.     Your Affiant, Thomas S. Huse, is a federal law enforcement officer as defined under Rule 41, in that I am an agent of the United States authorized by law to conduct investigations of, and make arrests for, federal offenses. I am a Special Agent with the Federal Bureau of Investigation (FBI). I am authorized to conduct investigations into violations of Federal law including major crimes occurring on Indian Country. I have been employed with the FBI since 2010.

2.     The facts in this affidavit come from my personal observations, training and experience, and information obtained from other agencies and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.     This complaint serves as a summary for probable cause to believe LUCAS ANTHONY WALKER, DOB xx/xx/2002; SSN xxx-xx-4396, enrolled member of the Cherokee Nation, has committed the crimes of Murder in the First Degree in Indian Country, in violation of Title 18, United States Code, Sections 1151, 1153, and 1111, and Discharging a Firearm During and in Relation to a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

1

4. At all times relevant to this Complaint, **WALKER**, was a member of the Cherokee Nation, as confirmed to the FBI by the Cherokee Nation Marshal Service on January 21, 2023.

## OPERATIVE STATUTES

5. 18 U.S.C. § 1151 provides:

> Except as otherwise provided in sections 1154 and 1156 of this title, the term "Indian country" as used in this chapter, means (a) all land within the limits of any Indian reservation under the jurisdiction of the United States Government, notwithstanding the issuance of any patent, and including rights-of-way running through the reservation (b) all dependent Indian communities within the borders of the United States whether within the original or subsequently acquired territory thereof, and whether or without the limits of the state and (c) all Indian allotments the Indian titles to which have not been extinguished, including the rights-of-way running through the same.

6. 18 U.S.C. § 1153(a) provides:

> Any Indian who commits against the person or property of another Indian or other person any of the following offenses, namely, murder, manslaughter, kidnapping, maiming, a felony under chapter 109A, incest, a felony assault under section 113, an assault against an individual who has not attained the age of 16 years, felony child abuse or neglect, arson, burglary, robbery, and a felony under section 661 of this title within the Indian country, shall be subject to the same law and penalties as all other persons committing any of the above offenses, within the exclusive jurisdiction of the United States.

7. 18 U.S.C. § 1111 (a) provides:

> Murder is the unlawful killing of a human being with malice aforethought. Every murder perpetrated by poison, lying in wait, or any other kind of willful, deliberate, malicious, and premeditated killing; or committed in the

2

perpetration of, or attempt to perpetrate, and arson, escape, murder, kidnapping, treason, espionage, sabotage, aggravated sexual abuse or child abuse, burglary or robbery; or perpetrated as part of a pattern or practice of assault or torture against a child or children; or perpetrated from a premeditated design unlawfully and maliciously to effect the death of any human being other than him who is killed, in murder in the first degree. Any other person is murder in the second degree.

8.     18 U.S.C. § 924(c)(1)(A)(iii) provides, in part:

[A]ny person who, during and in relation to any crime of violence or drug trafficking crime (including a crime of violence or drug trafficking crime that provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device) for which the person may be prosecuted in a court of the United States, uses or carries a firearm, or who, in furtherance of any such crime, possess a firearm, shall, in additional to the punishment provided for such crime of violence or drug trafficking crime—(iii) if the firearm is discharged[.]

### FACTS SUPPORTING PROBABLE CAUSE

9.     That the incident described below occurred in Washington County, State of Oklahoma, within the Northern District of Oklahoma, and the boundaries of the Cherokee Nation.

10.    At a time from on or about December 19, 2022, or December 20, 2022, by unlawfully, willfully, intentionally, and feloniously, with a premeditated design to effect death, **WALKER** did cause and effect the death of DEBORAH DUTTON and LARRY DUTTON, both non-Indians. Specifically, **WALKER** shot DEBORAH DUTTON in the head with a firearm and killed her. **WALKER** then stabbed LARRY DUTTON numerous times and killed him. On or about December

3

22, 2022, **WALKER** and a non-Indian, seventeen-year-old juvenile female, H.D., dragged the two victims outside of the residence and buried them in the back yard.

11.    On or about January 20, 2023, at approximately 1300 hours, Washington County Sheriff's Office ("WCSO") personnel arrived at 397620 West 1300 Road, Dewey, Oklahoma, the victims' residence, to conduct welfare check, based on the suspicious disappearance of DEBORAH DUTTON and LARRY DUTTON. WCSO personnel completed a search warrant at the victims' residence.

12.    Upon WCSO personnel arrival, there were two occupants at the residence. That two occupants of the residence were identified as **WALKER** and H.D. and subsequently detained while WCSO personnel conducted a search of the residence. H.D. was determined to be the adopted granddaughter of the two victims. **WALKER** was identified via social media as being in a romantic relationship with H.D.

13.    Upon search of the residence, WCSO personnel discovered blood in the main bedroom. There were attempts to clean the blood from the bedroom floors; however, the blood had seeped under the baseboards.

14.    Following this discovery, **WALKER** and H.D. were taken to separate off-site locations and interviewed by WCSO personnel. **WALKER** and H.D. were given *Miranda*-warnings and agreed to speak to WCSO personnel. During the interviews, which were audio and video recorded, both **WALKER** and H.D. confessed to killing DEBORAH DUTTON and LARRY DUTTON. According to

WALKER, he entered the DUTTON's residence on or about December 19, 2022, while the DUTTONS were asleep. WALKER obtained a .22 caliber pistol from a gun safe in the garage and waited by and outside of the main bedroom where the DUTTONS slept. When DEBORAH DUTTON opened the door to the main bedroom, WALKER shot her in the face with the pistol. After DEBORAH DUTTON fell to the floor, WALKER cut her throat with a knife. When LARRY DUTTON got out of bed and rushed him, WALKER attempted to shoot LARRY DUTTON, but the pistol jammed. Subsequently, WALKER stabbed LARRY DUTTON multiple times in the face, chest, and stomach. WALKER and H.D. admitted to dragging DEBORAH DUTTON and LARRY DUTTON outside the residence and burying them in the back yard.

15.    While conducting the search of the residence on or about January 20, 2023, WCSO personnel discovered LARRY DUTTON's cellular telephone. The cellular telephone was unlocked and connected to the Ring DoorBell Security System. While observing video captured by the Ring camera, located in the vicinity of the back deck, WCSO personnel observed two individuals, identified by WCSO personnel as WALKER and H.D., drag a body across the deck utilizing a sheet. WALKER was identified as being located near the feet of the person being dragged and H.D. was identified as being the person located near the head of the person being dragged. WCSO personnel were unable to determine if the body being dragged was male or female, but the body was of human form. WCSO personnel observed

feet, legs, and a belly of human form in the sheet. According to the time stamp on the camera, the recording occurred on December 22, 2022, at approximately 0138 hours.

16.    On or about January 20, 2023, during his recorded interview, WALKER stated that he put DEBORAH DUTTON and LARRY DUTTON on "sheets," and agreed the victims were buried in the back yard.

17.    While conducting the search of the residence on or about January 20, 2023, WCSO personnel observed a heavy odor of cleaning supplies and bleach. During his January 20, 2023 recorded interview, WALKER stated he cleaned "most of the area up" and used a mop to clean up the residence.

18.    On or about January 20, 2023, at approximately 1826 hours, an anthropologist with the Oklahoma State Bureau of Investigation (OSBI) arrived at the residence to investigate disturbed dirt in the back yard where the bodies, based on statements made by WALKER and H.D., might be buried. While probing the area, the anthropologist stated she felt something interesting, but could not confirm nor deny it was a human body. The anthropologist, based on her experience, recommended the area should be further investigated. Specifically, the anthropologist advised the area would need to be dug and sifted for evidence and/or bodies. Based on weather considerations, WCSO personnel coordinated for OSBI personnel to investigate the potential burial area on or about January 22, 2023.

## CONCLUSION

19.    Based on the information set forth in this affidavit, I submit there is probable cause to believe that **LUCAS ANTHONY WALKER**, has committed the crimes of Murder in the First Degree in Indian Country, in violation of Title 18, United States Code, Sections 1151, 1153, 1111, and Discharging a Firearm During and in Relation to a Crime of Violence, in violation of and Title 18, United States Code Section 924(c)(1)(A)(iii).

Respectfully Submitted,

THOMAS S. HUSE, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me telephone this 22nd day of January 2023.

HONORABLE CHRISTINE D. LITTLE
UNITED STATES MAGISTRATE JUDGE

7