

**FILED**

FEB 0 8 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23 CR 050 CKF |
| Plaintiff, | |
| v. | INDICTMENT<br>[COUNTS ONE and TWO: 18 U.S.C. §§ 1151, 1153, 1111, and 2 – First Degree Murder in Indian Country;<br>COUNT THREE: 18 U.S.C. § 924(c)(1)(A)(iii) – Carrying, Using, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence in Indian Country] |
| LUCAS ANTHONY WALKER, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [18 U.S.C. §§ 1151, 1153, 1111, and 2]

On or about December 21, 2022, within Indian Country in the Northern District of Oklahoma, the defendant, **LUCAS ANTHONY WALKER**, an Indian, aided and abetted by another person known to the Grand Jury, willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully killed Deborah Dutton.

All in violation of Title 18, United States Code, Sections 1151, 1153, 1111, and 2.

## COUNT TWO
### [18 U.S.C. §§ 1151, 1153, 1111, and 2]

On or about December 21, 2022, within Indian Country in the Northern District of Oklahoma, the defendant, **LUCAS ANTHONY WALKER**, an Indian, aided and abetted by another person known to the Grand Jury, willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully killed Larry Dutton.

All in violation of Title 18, United States Code, Sections 1151, 1153, 1111, and 2.

**COUNT THREE**
**[18 U.S.C. § 924(c)(1)(A)(iii)]**

On or about December 21, 2022, within Indian Country in the Northern District of Oklahoma, the defendant, **LUCAS ANTHONY WALKER**, knowingly carried, used, brandished, and discharged a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, First Degree Murder in Indian Country, as set forth more fully in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

ERIC O. JOHNSTON
Assistant United States Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson