## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LUCAS ANTHONY WALKER,

      Defendant.

Case No. 23-CR-50-JDR

### Government's Response to Defendant's Sentencing Memorandum

The United States requests the Court accept the Plea Agreement in this case and sentence Lucas Anthony Walker to two terms of life imprisonment with those sentences running concurrently. The United States makes this request based on the circumstances of this case, the reasons set forth in paragraph 14 of the Plea Agreement (Dkt. #53), and the factors set forth in 18 U.S.C. § 3553(a).

On January 16, 2025, Walker's counsel filed his Sentencing Memorandum (Dkt. #57), and on January 17, 2025 counsel for the government was first able to electronically access Walker's sentencing material. Counsel for the government has reviewed Walker's memorandum and materials. Walker asks the Court to sentence him 360 months in custody followed by five years of supervised release based on his past trauma and mental health issues. A sentence of 360 months is too short to account for Walker's brutal killing of two elderly people in their own home. The Court should sentence Walker to life imprisonment for taking the lives of Deborah and Larry Dutton.

1

The parties in this case agreed to a plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)(C) in which they stipulated the appropriate disposition in this case is a sentence within the range of 30 years (360 months) - life. Probation prepared a PSR in this case which found Walker's guideline range to be 210 to 262 months of imprisonment. The Court would need to depart upward five levels to an offense level 42 to sentence Walker per the plea agreement. The requested sentence is justified by the nature of the murders. As Walker discussed in his Sentencing Memorandum, USSG §§ 5K2.6 and 5K2.8 provide the Court the necessary grounds to depart upward to sentence in accord with the plea agreement. Walker used a firearm and a knife to kill Deborah and Larry Dutton. His numerous brutal attacks with a knife on the two elderly victims satisfy the "extreme" conduct contemplated by USSG § 5K2.8.

The 18 U.S.C. § 3553(a) sentencing factors, Walker's actions, and the findings in the pre-sentence investigation report, all support accepting the parties' plea agreement and a sentence of life imprisonment. Such a sentence reflects the seriousness of the offense, provides just punishment, and protects the public during defendant's incarceration.

**Relevant Facts**

On the morning of December 21, 2022, Walker waited in the hallway outside the bedroom door of Deborah and Larry Dutton with a pistol in his hand. He later told law enforcement that he was there because his 17 year old girlfriend, H.D., told him that the Duttons, her grandparents who had adopted her, were going to send her off

to Texas to be abused. There is no evidence H.D. was going to be sent off. Walker had taken the pistol from the Duttons' garage. Deborah Dutton opened the bedroom door and Walker shot her in the forehead just above the right eye. He then cut her throat and stabbed her multiple times in the head, neck, and torso. Larry Dutton rushed toward Walker from the bedroom after Walker attacked his wife. Walker tried to shoot Larry, but the pistol jammed. Walker then attacked Larry with a knife, killing him with more than 10 stab wounds to the face, neck, chest, and stomach.

Walker and H.D. tried to cover up their crimes by cleaning the house with bleach. Walker told investigators he stripped the bodies, and then covered them with vegetable oil to make the "dead animal smell" go away so dogs would not smell them. Later, Walker and H.D. drug the Duttons bodies on bed sheets out to a hole Walker dug in the backyard, and he buried them not far from the back deck.

Walker and H.D. then played house as a couple in the Duttons' home for almost a month until January 20, 2023 when Washington County investigators came to the house with a search warrant and ended their ill-gotten vacation. During that time, Walker Instagrammed photos of their life together in the Duttons' house. The messages include a Merry Christmas message which shows a photo of H.D., with a plate of spaghetti in her lap, kissing a smiling Walker on the cheek. Walker's Intagrams also include a photo of Walker at Tulsa's Center of the Universe attraction when they took a day trip to Tulsa, a photo of H.D.'s new engagement ring, and multiple photos of dinners they had prepared. On January 10, 2023, Walker and

3

H.D. hosted a housewarming party at the Duttons' home where they hosted members of Walker's family and friends.

Walker and H.D. also drove the Duttons' car. On December 28, 2022 they drove the Dutton's 2021 Subaru into a power pole. They then drove it back to the house and parked under the carport where it caught fire. The Dewey Fire Department, Washington County Sheriff's Office, and OHP responded. This began law enforcement's interest in Walker and H.D. as they tried to figure out the location of the owners of the car. The investigation eventually led to the January 20th search warrant.

On Sunday, January 22, 2023, the bodies of Deborah Dutton and Larry Dutton were recovered from a shallow grave in the backyard of their home outside of Dewey, Oklahoma. The Duttons had been missing for almost a month. Deborah was 67 years old, and Larry was 73.

## Statement in Support of the Sentence

*A. Nature and circumstances of the offense and the history and characteristics of the defendant.*

Walker violently murdered an elderly couple as they walked out of their own bedroom. He explained in an interview with law enforcement that he was concerned his 17 year old girlfriend, H.D., would be sent off to Texas to be abused. There is no evidence to support that possibility. Walker could have called the police or his grandmother. Those two options would not have provided what defendant really wanted, that he and H.D. would continue to be together. The death of the Duttons did permit that, at least temporarily. In fact, once the Duttons were buried in their

4

own backyard, Walker and H.D. lived in their house, drove their car, and even invited people over for a housewarming party. Walker took the Duttons' lives and then he and H.D. enjoyed life together in the Duttons' home.

Walker has no criminal history and his Sentencing Memorandum describes and early life of trauma that may have led to mental health issues. The Sentencing Memorandum argues that the trauma and mental health issues explain and mitigate defendant's behavior. They do not. Walker's attack on the Duttons was brutal. He used both a pistol and a knife. Both elderly victims suffered numerous stab wounds. He and H.D. then took actions that were clearly designed to cover up the crimes. They cleaned the house with bleach. That is a clear attempt to destroy evidence. Walker stripped and buried the bodies. In his statement to law enforcement, Walker said he covered the bodies in vegetable oil to cover the dead animal smell so the dogs would not sniff them. The defendant was trying to cover up the murders.

Walker and H.D. then took up residence in the Duttons' home. They lived there, ate their food and drove their car. They even threw a housewarming party celebrating their new home and hosted Walker's family and friends. Violently killing an elderly couple is a terrible crime, but happily living in their house with your girlfriend and having family parties celebrating your new home is another thing all together. Walker was enjoying the fruits of his violent acts until investigators knocked on the door. His actions are callous and without remorse. This requires the most severe of sentences.

.

5

B. *Just punishment, adequate deterrence, respect of the law, and protection of the public.*

A sentence of life imprisonment for each murder, running concurrently, meets the sentencing goals. Such a sentence would demonstrate the serious, unacceptable, and brutal nature of defendant's conduct. It promotes respect for the law and protects the public.

### Conclusion

Considering the serious nature of the offense, Walker's history and characteristics, the need to protect the public, to provide just punishment, to deter, and to promote respect for the law, the United States respectfully requests the Court accept the parties' plea agreement and sentence Walker to life imprisonment.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney


 */s/ Eric O. Johnston*
Eric O. Johnston,  OBA No. 17655
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

**Certificate of Service**

I hereby certify that on the 22nd day of January, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Gary Colbath
*Counsel for Defendant*

/s/ Eric O. Johnston
Eric O. Johnston
Assistant United States Attorney
